IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FRED LEE, JR.,
    Petitioner,

vs.                                  Case No. 3:09cv83/RV/EMT

EDWIN G. BUSS,
    Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 28, 2011 (Doc. 39). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

3.    A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 13th day of July 2011.

                                          /s/ Roger Vinson
                                          **ROGER VINSON**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**